OLIVER BROWN (State Bar No. 335952)
Oliver.Brown@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue
Fiftieth Floor
Los Angeles, California 90071-3426
Telephone:   (213) 683-9100
Facsimile:   (213) 687-3702

Attorneys for Motion Picture Association, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| In Re 17 U.S.C. § 512(h) Subpoena to ZENLAYER, INC. | Case Number: 2:25-mc-00023<br><br>**DECLARATION OF LARISSA KNAPP IN SUPPORT OF ISSUANCE OF SUBPOENA PURSUANT TO 17 U.S.C. § 512(h)** |

I, Larissa Knapp, the undersigned, declare that:

1. I am Executive Vice President and Global Chief Content Protection for the Motion Picture Association, Inc. ("MPA"). I submit this declaration on behalf of Disney Enterprises Inc. and Paramount Pictures Corporation ("ACE Members"), each of which is a member of the Alliance for Creativity and Entertainment ("ACE"). ACE is a global coalition of leading content creators and on-demand entertainment services committed to supporting the legal marketplace for video content and addressing the challenge of online piracy. The ACE Members, whether

1 themselves or through subsidiaries and affiliates, own the copyrights in the below
2 referenced copyrighted works.
3     2.    The ACE Members (via the Motion Picture Association, Inc.) are
4 requesting issuance of the attached proposed subpoena that would order Zenlayer,
5 Inc. to disclose the identities, including names, physical addresses, IP addresses,
6 telephone numbers, e-mail addresses, payment information, account updates and
7 account histories of the user(s) operating the following website:

| No | App Name | Infringed Title 1 | Channel Backend Link 1 | Infringed Title 2 | Channel Backend Link 2 | Infringing Content Hosted at IP |
|---|---|---|---|---|---|---|
| 1 | MAGIS TV 7.1.2 (Application)<br><br>links.magispro.xyz/TVMOMW (Download Site) | Frozen II | 107.151.149.134:14165/vod/C284D41376344CEA89CC0BF90BAF2626_media.ts?content_auth2=/vod/%3Ftag%3Dslb%26host%3D107.151.149.134:14165%26app_id%3Dcom.android.mgsandroid%26trans_id%3DNFpKSKME0viG_CsK4JTVIIrnG%26app_version%3D70102%26client_ip%3D76.79.182.182%26dev_id%3D7361050b2abe9ea58dcf9 | Top Gun: Maverick | 107.151.149.134:14165/vod/6907F7FA1AC24DB4BBFEF0ABB34E01A4_meta.torrent?content_auth2=/vod/%3Ftag%3Dslb%26host%3D107.151.149.134:14165%26app_id%3Dcom.android.mgsandroid%26trans_id%3DNFpKSKME0viG_LiaPUGQjetlu%26app_version%3D70102%26client_ip%3D76.79.182.182%26dev_id%3D7361050b2abe9ea58dcf9 | 107.151.149.134 (Zenlayer) |

| No | App Name | Infringed Title 1 | Channel Backend Link 1 | Infringed Title 2 | Channel Backend Link 2 | Infringing Content Hosted at IP |
|---|---|---|---|---|---|---|
| | | | 5e6fe961e9e%26auth_id%3D1T694149_com.android.mgsandroid__0%26user_id%3D1T694149%26expired%3D17406 19351%26token%3Dc56cce2e52a8beb53764b308c88c8db3&content_license2=tag%3Dslb%26scheme%3Dslb%26app_id%3Dcom.android.mgsandroid%26media_code%3DC284D41376344CEA89CC0BF90BAF2626%26expired%3D17406 19351%26token%3D02b0a67b82f8088e0b95b5f914b3de80 | | 5e6fe961e9e%26auth_id%3D1T694149_com.android.mgsandroid__0%26user_id%3D1T694149%26expired%3D17406 19351%26token%3D29af201faf403f161ed28194931125e0&content_license2=tag%3Dslb%26scheme%3Dslb%26app_id%3Dcom.android.mgsandroid%26media_code%3D6907F7FA1AC24DB4BBFEF0ABB34E01A4%26expired%3D17406 19351%26token%3D96866ebddddb38ea5264b10d14b15ab6 | |

3.  The purpose for which this subpoena is sought is to obtain the identities of the individual(s) who own and operate this website and who have exploited ACE

Members' exclusive rights in their copyrighted motion pictures without their authorization. This information will only be used for the purposes of protecting the rights granted to ACE Members, the motion picture copyright owners, under Title II of the Digital Millennium Copyright Act.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information or belief.

Executed at Washington D.C., on April 14, 2025.

*Larissa Knapp*
Larissa Knapp